J. GARY GWILLIAM (State Bar No. 33430)
RANDALL E. STRAUSS (State Bar No. 168363)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918

Attorneys for Plaintiffs
Richard Adame, Connie G. Bender
and Constance Davis

PATRICIA K. GILLETTE (State Bar No. 74461)
KATINA B. MINER (State Bar No. 244914)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
Bank of America, National Association
(erroneously sued as "Bank of America")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ADAME, CONNIE G. BENDER, and CONSTANCE DAVIS<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION (erroneously sued as "Bank of America")<br><br>Defendant. | Case No. CV 09-0129 SI<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 6-2, the Parties hereto, and their undersigned counsel, hereby stipulate as follows:

WHEREAS on February 4, 2009, the Parties stipulated to allow Defendant Bank of America, National Association an extension of fifteen (15) days, until February 20, 2009, to file a response to the Complaint;

WHEREAS the Parties have conferred and agreed that certain portions of the Complaint should be modified – namely portions of the Complaint relating to the fourth, fifth and eighth claims for relief;

WHEREAS the Parties have also agreed that it would be a waste of resources for Defendant Bank of America, National Association to file a responsive pleading to the Complaint if a First Amended Complaint will be submitted pursuant to stipulation;

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

1. That leave should be granted for Plaintiffs to file a First Amended Complaint;

2. That should the Court approve this Stipulation and grant Plaintiffs leave to file a First Amended Complaint, Defendant Bank of America, National Association shall have twenty (20) days after the First Amended Complaint is filed in which to file a responsive pleading;

3. That should the Court deny leave to file the proposed First Amended Complaint, Defendant Bank of America, National Association will have twenty (20) days from the date of the Court's order denying leave in which to file a responsive pleading to the Complaint.

Dated: February 20, 2009

J. GARY GWILLIAM
RANDALL E. STRAUSS
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: _____
Randall E. Strauss
Attorneys for Plaintiffs
Richard Adame, Connie G. Bender
and Constance Davis

///

OHS West:260611206.1

STIPULATION RE GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT, U.S.D.C., N.D. Cal. CV 09-0129

-2-

SI

Dated: February 19, 2009

PATRICIA K. GILLETTE
KATINA B. MINER
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Patricia Gillette
Patricia K. Gillette
Attorneys for Defendant
Bank of America, National Association

## ORDER

Pursuant to the stipulation set out above, Plaintiffs are given leave to file a First Amended Complaint within 15 days. Defendant Bank of America, National Association must file its responsive pleading within ten (10) days of the filing of the Third Amended Complaint.

IT IS SO ORDERED.

Dated: February ___, 2009

Hon. Susan Illston

/s/ Susan Illston
UNITED STATES DISTRICT JUDGE

OHS West:260611206.1

STIPULATION RE GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT, U.S.D.C., N.D. Cal. CV 09-0129

-3-

SI