IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ADAME,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 09-00129 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 6, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 29, 2010.

DESIGNATION OF EXPERTS: 3/31/10; REBUTTAL: 4/16/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 14, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by February 5, 2010;

    Opp. Due February 19, 2010;  Reply Due February 26, 2010;

    and set for hearing no later than March 12, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 29, 2010 at 3:30 PM.

JURY TRIAL DATE: July 12, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in a mediation session by mid October 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                              SUSAN ILLSTON
                                              United States District Judge