IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD ADAME,

         Plaintiff,

v.

BANK OF AMERICA,

         Defendant.

No. C 09-00129 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 12, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 10, 2010

DESIGNATION OF EXPERTS: 5/14/10; REBUTTAL: 5/28/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 16, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by March 19, 2010;

    Opp. Due April 2, 2010; Reply Due April 9, 2010;

    and set for hearing no later than April 23, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 11, 2011 at 3:30 PM.
(Pretrial filings due: December 14, 2010)

JURY TRIAL DATE: January 18, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the parties request to continue the litigation schedule in this case.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                            SUSAN ILLSTON
                            United States District Judge