J. GARY GWILLIAM (State Bar No. 33430)
RANDALL E. STRAUSS (State Bar No. 168363)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone:    (510) 832-5411
Facsimile:    (510) 832-1918

Attorneys for Plaintiffs
Richard Adame, Connie G. Bender, and Constance Davis

PATRICIA K. GILLETTE (State Bar No. 74461)
GREG J. RICHARDSON (State Bar No. 203788)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
Bank of America, National Association
(erroneously sued as "Bank of America")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ADAME, CONNIE G. BENDER, and CONSTANCE DAVIS<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION (erroneously sued as "Bank of America")<br><br>Defendant. | Case No. CV 09-0129 SI<br><br>**STIPULATED REQUEST TO RESERVE HEARING DATES FOR DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Susan Illston |

**STIPULATION**

1. Defendant Bank of America, N.A. intends to file three motions for summary judgment (one as to each Plaintiff).

2. The parties hereto through their respective attorneys of record hereby stipulate and agree to set the hearings for Defendant's first motion for on June 11, 2010 at 9:00 a.m. The motion will follow the regular briefing schedule.

3. The parties hereto through their respective attorneys of record hereby stipulate and agree to set the hearings for Defendant's second motion for July 16, 2010 at 9:00 a.m. The motion will follow the regular briefing schedule.

4. The parties hereto through their respective attorneys of record hereby stipulate and agree to set the hearings for Defendant's third motion for September 17, 2010 at 9:00 a.m. Defendant's opening brief shall be filed on or before July 23, 2010. Plaintiff's brief in opposition shall be filed on or before August 6, 2010. Defendant's reply brief shall be filed on or before September 3, 2010.

5. Both parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the Stipulation and enter an Order thereupon. A form of proposed Order is filed herewith.

//
//
//
//
//
//
//
//
//
//

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  April 12, 2010 | J. GARY GWILLIAM<br>RANDALL E. STRAUSS<br>GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER |
| | By: /s/Randall E. Strauss<br>Randall E. Strauss<br>Attorneys for Plaintiffs<br>Richard Adame, Connie G. Bender<br>and Constance Davis |
| Dated: April 12, 2010 | PATRICIA K. GILLETTE<br>GREG J. RICHARDSON<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: /s/ Patrick K. Gillette<br>Patricia K. Gillette<br>Attorneys for Defendant<br>Bank of America, National Association |

Orrick attests that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of their signature on the document.

**ORDER**

The Court having considered the above Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that hearing dates for Defendant's Motions for Summary Judgment shall be reserved for June 11, 2010; July 16, 2010; and September 17, 2010 at 9:00 a.m.  The parties' modified briefing schedule is hereby adopted.

Hon. Susan Illston

_____
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO RESERVE HEARING DATES
Case No. CV 09-0129 SI

-3-