1  J. GARY GWILLIAM (State Bar No. 33430)
   RANDALL E. STRAUSS (State Bar No. 168363)
2  GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
   1999 Harrison Street, Suite 1600
3  Oakland, California  94612-3528
   Telephone:     (510) 832-5411
4  Facsimile:     (510) 832-1918

5  Attorneys for Plaintiffs
   Richard Adame, Connie G. Bender
6  and Constance Davis

7  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   pgillette@orrick.com
8  GREG J. RICHARDSON (STATE BAR NO. 203788)
   grichardson@orrick.com
9  LENA P. RYAN (STATE BAR NO. 258782)
   lenaryan@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
11 405 Howard Street
   San Francisco, California  94105
12 Telephone:     (415) 773-5700
   Facsimile:     (415) 773-5759
13
   Attorneys for Defendant
14 Bank of America, National Association
   (erroneously sued as "Bank of America")
15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| RICHARD ADAME, CONNIE G. BENDER, and CONSTANCE DAVIS<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION (erroneously sued as "Bank of America")<br><br>        Defendant. | Case No. CV 09-0129 SI<br><br>**STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND PROPOSED ORDER; DECLARATION OF PATRICIA K. GILLETTE IN SUPPORT OF SAME**<br><br>Judge:  Hon. Susan Illston |

**STIPULATION**

1. Pursuant to Civil Local Rule 6-2, the parties hereto through their respective attorneys of record hereby stipulate and agree to continue the Case Management Conference ("CMC") in this matter (currently set for July 2, 2010) until October 1, 2010 or as soon as practicable thereafter as the availability of the Court's calendar permits.

2. Both parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon. A form of proposed Order is filed herewith.

The parties make this stipulated request based on the facts set forth in the attached declaration of Patricia K. Gillette.

Dated: June 29, 2010                Respectfully submitted,

                                    J. GARY GWILLIAM
                                    RANDALL E. STRAUSS
                                    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER


                                    By:    /s/ Randall E. Strauss
                                       Randall E. Strauss
                                       Attorneys for Plaintiffs
                                       Richard Adame, Connie G. Bender and Constance Davis

Orrick attests that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of their signature on the document.

Dated: June 29, 2010                Respectfully submitted,

                                    PATRICIA K. GILLETTE
                                    GREG J. RICHARDSON
                                    LENA P. RYAN
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    By:    /s/ Patricia K. Gillette
                                       Patricia K. Gillette
                                       Attorneys for Defendant
                                       Bank of America, National Association

**ORDER**

The Court having considered the above Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the scheduled CMC date of July 2, 2010 is vacated, and shall be rescheduled for _____Oct. 1, 2010_____, 2010 at _3:00 p.m._____.

Hon. Susan Illston

_____
UNITED STATES DISTRICT JUDGE

**DECLARATION OF PATRICIA K. GILLETTE**

1. I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendant Bank of America, National Association ("Defendant"). I make this declaration out of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. The parties make this stipulated request to change time because Defendant intends to file separate Motions for Summary Judgment for each of the three Plaintiffs in this matter. The hearing on the first Motion (as to Plaintiff Bender) was held on June 18, 2010. The hearing on the second Motion (as to Plaintiff Adame) is scheduled for July 30, 2010. The hearing on the third Motion (as to Plaintiff Davis) is scheduled for September 17, 2010. Therefore, the parties agree that it would prudent to continue the Case Management Conference until after the remaining hearings have been heard by the Court.

3. On February 4, 2009, the parties filed a Stipulation Re Extension of Time to Respond to Complaint.

4. On February 20, 2009, the parties filed a Stipulation and [Proposed] Order Granting Plaintiff's Leave to File First Amended Complaint.

5. On February 24, 2009, this court entered an Order Granting Leave to Amend Within 15 Days.

6. The initial Case Management Conference was scheduled for April 23, 2009, with the Honorable Maria-Elena James. On February 25, 2009, the Case Management Conference was re-scheduled for May 1, 2009, after reassignment to the Honorable Susan Illston.

7. On March 20, 2009, the parties filed a Request to Change Time Pursuant to Civil Local Rule 6-2 and Proposed Order.

8. On March 23, 2009, the Court continued the Case Management Conference until June 12, 2009.

9. On June 2, 2010, the parties filed a Stipulated Request to Change Hearing Date for Defendant's Motion for Summary Judgment and Modify Briefing Schedule.

10. On June 3, 1010, the Court continued the hearing on the Motion for Summary

Judgment as to Plaintiff Adame until July 30, 2010.

11.   The continuance of the CMC should not have any noticeable effect on the progress of the case.

Executed this 29th day of June 2010 in San Francisco, California.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

/s/  Patricia K. Gillette
Patricia K. Gillette

OHS West:260943057.1