| | |
|---|---|
| 1 | J. GARY GWILLIAM (State Bar No. 33430) |
|   | RANDALL E. STRAUSS (State Bar No. 168363) |
| 2 | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER |
|   | 1999 Harrison Street, Suite 1600 |
| 3 | Oakland, California  94612-3528 |
|   | Telephone:      (510) 832-5411 |
| 4 | Facsimile:       (510) 832-1918 |
| 5 | Attorneys for Plaintiffs |
|   | Richard Adame, Connie G. Bender |
| 6 | and Constance Davis |
| 7 | PATRICIA K. GILLETTE (STATE BAR NO. 74461) |
|   | pgillette@orrick.com |
| 8 | GREG J. RICHARDSON (STATE BAR NO. 203788) |
|   | grichardson@orrick.com |
| 9 | LENA P. RYAN (STATE BAR NO. 258782) |
|   | lenaryan@orrick.com |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|    | The Orrick Building |
| 11 | 405 Howard Street |
|    | San Francisco, California  94105 |
| 12 | Telephone:      (415) 773-5700 |
|    | Facsimile:       (415) 773-5759 |
| 13 | |
| 14 | Attorneys for Defendant |
|    | Bank of America, National Association |
|    | (erroneously sued as "Bank of America") |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ADAME, CONNIE G. BENDER, and CONSTANCE DAVIS | Case No. CV 09-0129 SI |
| Plaintiffs, | **NOTICE OF SETTLEMENT [REGARDING CLAIMS OF PLAINTIFF RICHARD ADAME]** |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION (erroneously sued as "Bank of America") | |
| Defendant. | |

    PLEASE TAKE NOTICE that PLAINTIFF RICHARD ADAME and DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION have agreed to settlement terms that will resolve the claims brought by PLAINTIFF ADAME.  The parties will submit a Stipulation of Dismissal to this Court once the settlement terms have been consummated.  In the meantime, the parties request that all deadlines and hearing dates related to PLAINTIFF ADAME be taken off calendar.  The claims of co-Plaintiffs C. George Bender and Constance Davis have not been settled and remain in this action.

Dated: October 21, 2010

    J. GARY GWILLIAM
    RANDALL E. STRAUSS
    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: /s/ *Randall E. Strauss*
    Randall E. Strauss
    Attorneys for Plaintiffs
    Richard Adame, Connie G. Bender
    and Constance Davis

Dated: October 21, 2010

    PATRICIA K. GILLETTE
    GREG J. RICHARDSON
    LENA P. RYAN
    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Patricia K. Gillette*
    Patricia K. Gillette
    Attorneys for Defendant
    Bank of America, National Association

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]

Orrick attests that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of their signature on the document.