J. GARY GWILLIAM (State Bar No. 33430)
RANDALL E. STRAUSS (State Bar No. 168363)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, California  94612-3528
Telephone:    (510) 832-5411
Facsimile:     (510) 832-1918

Attorneys for Plaintiffs
Richard Adame, Connie G. Bender
and Constance Davis

PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
GREG J. RICHARDSON (STATE BAR NO. 203788)
grichardson@orrick.com
LENA P. RYAN (STATE BAR NO. 258782)
lenaryan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendant
Bank of America, National Association
(erroneously sued as "Bank of America")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ADAME, CONNIE G. BENDER, and CONSTANCE DAVIS<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION (erroneously sued as "Bank of America")<br><br>Defendant. | Case No. CV 09-0129 SI<br><br>**STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF RICHARD ADAME; [PROPOSED] ORDER DISMISSING CLAIMS OF PLAINTIFF RICHARD ADAME** |

PLAINTIFF RICHARD ADAME and DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION, acting through their respective counsel of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action, having been settled as to Plaintiff Richard Adame only, may be dismissed with prejudice as to <u>Plaintiff Richard Adame only</u>, each side to bear its own costs and attorneys' fees in connection with the claims of Plaintiff Adame.  The claims of co-Plaintiffs C. George Bender and Constance Davis have not been settled and therefore remain in this action.

Dated:  November 8, 2010

J. GARY GWILLIAM
RANDALL E. STRAUSS
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: /s/ *Randall E. Strauss*
Randall E. Strauss
Attorneys for Plaintiffs
Richard Adame, Connie G. Bender
and Constance Davis

Dated:  November 8, 2010

PATRICIA K. GILLETTE
GREG J. RICHARDSON
LENA P. RYAN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Patricia K. Gillette*
Patricia K. Gillette
Attorneys for Defendant
Bank of America, National Association

Orrick attests that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of their signature on the document.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Patricia K. Gillette*
Patricia K. Gillette

**ORDER**

The Court having considered the above Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the claims of PLAINTIFF RICHARD ADAME only are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE