OK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ADAME, CONNIE G. BENDER, and CONSTANCE DAVIS<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION (erroneously sued as "Bank of America")<br><br>Defendant. | Case No. CV 09-0129 SI<br><br>**ORDER DIRECTING THE PARTIES TO MEDIATE BEFORE JUDGE INFANTE OF JAMS** |

**ORDER**

The Court having been advised that Plaintiff Richard Adame has settled his claims through a mediation before Judge Edward Infante of JAMS, hereby ORDERS the parties to participate in further mediation before Judge Infante with respect to the claims of Plaintiffs C. George Bender and Connie Davis

Hon. Susan Illston

Susan Illston

UNITED STATES DISTRICT JUDGE