1  J. GARY GWILLIAM (State Bar No. 33430)
   RANDALL E. STRAUSS (State Bar No. 168363)
2  GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
   1999 Harrison Street, Suite 1600
3  Oakland, California  94612-3528
   Telephone:     (510) 832-5411
4  Facsimile:     (510) 832-1918

5  Attorneys for Plaintiffs
   Connie G. Bender and Constance Davis
6
   PATRICIA K. GILLETTE (STATE BAR NO. 74461)
7  pgillette@orrick.com
   ROBERT S. SHWARTS (State Bar No. 196803)
8  rshwarts@orrick.com
   KRISTEN M. JACOBY (State Bar No. 243857)
9  kjacoby@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
10 The Orrick Building
   405 Howard Street
11 San Francisco, California  94105
   Telephone:     (415) 773-5700
12 Facsimile:     (415) 773-5759

13 Attorneys for Defendant
   Bank of America, National Association
14 (erroneously sued as "Bank of America")

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 | RICHARD ADAME, CONNIE G. BENDER, | Case No. CV 09-0129 SI |
   | and CONSTANCE DAVIS | |

19 | | **STIPULATED REQUEST TO CLARIFY** |
   |              Plaintiff, | **PRETRIAL SCHEDULE PURSUANT TO** |
20 | | **CIVIL L.R. 6-2 AND PROPOSED ORDER;** |
   |         v. | **DECLARATION OF LENA P. RYAN IN** |
21 | | **SUPPORT OF SAME** |
   | BANK OF AMERICA, NATIONAL | |
22 | ASSOCIATION (erroneously sued as "Bank of | Judge:  Hon. Susan Illston |
   | America") | Trial Date:  January 18, 2011 |
23 | | |
   |              Defendant. | |

24

25

26

27

28

**STIPULATION**

1.     Pursuant to Civil Local Rule 6-2, the parties hereto through their respective attorneys of record hereby stipulate and agree to the following:

a.     **Clarification of Pretrial Deadlines:** The parties request that the Court clarify the deadlines for pretrial disclosures and filings in connection with this action, to ensure that the parties' understanding of the applicable pretrial deadlines conforms with that of the Court.  <u>This is not a request for an extension of any deadline.</u>  The parties have reviewed the Court's Pretrial Preparation Orders, the Local Civil Rules, the Court's Standing Orders, and the applicable Federal Rules of Civil Procedure. The parties agree that the dates on which the pretrial disclosures and filings mandated by the same are susceptible to differing interpretations.   Therefore, the parties agree to the following deadlines, and request that the Court clarify that such deadlines conform to the Court's expectations for this action:

- **December 17, 2010:** Deadline to file and serve all Pretrial Disclosures mandated by Federal Rule of Civil Procedure 26(a)(3).

- **December 28, 2010:**
  - Deadline for parties to file a Joint Pretrial Conference Statement containing the information outlined in the Court's Pretrial Instructions, dated September 2010.
  - Deadline for the parties to file a joint set of Jury Instructions in accordance with the Court's Pretrial Instructions, dated September 2010.
  - Deadline for the parties to file and serve Proposed Voir Dire Questions and Verdict Forms.
  - Deadline for the parties to stipulate or object to the admissibility of exhibits.
  - Deadline to file and serve Motions *in Limine*.

- **January 4, 2011:**  Deadline to file and serve any Opposition to Motions *in Limine.*

- **January 14, 2011:** Deadline for parties to provide copies of exhibits to the Court in accordance with the Court's Pretrial Instructions, dated September 2010.

STIPULATED REQUEST TO CLARIFY PRETRIAL SCHEDULE
CASE NO. CV-090129 SI

2.      **Stipulation Regarding Timing of Depositions of Plaintiffs' Experts:**  In addition, the parties stipulate that Defendant will take the deposition of Plaintiffs' experts Dr. Paul Berg and Dr. Phillip Allman in January 2011, on dates to be agreed upon by the parties.  Plaintiffs agree to extend the deadline for expert discovery accordingly.

3.      Both parties agree to the Stipulation as indicated by their signatures below.  The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon.  A form of proposed Order is filed herewith.

The parties make this stipulated request based on the facts set forth in the attached declaration of Lena P. Ryan.

Dated:  December 7, 2010            Respectfully submitted,

                                   J. GARY GWILLIAM
                                   RANDALL E. STRAUSS
                                   GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER


                                   By:    /s/ *Randall E. Strauss*
                                       Randall E. Strauss
                                       Attorneys for Plaintiffs
                                       Connie G. Bender and Constance Davis

Orrick attests that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of their signature on the document.

Dated:  December 7, 2010            Respectfully submitted,

                                   PATRICIA K. GILLETTE
                                   ROBERT S. SHWARTS
                                   KRISTEN M. JACOBY
                                   ORRICK, HERRINGTON & SUTCLIFFE LLP


                                   By:    /s/ *Kristen M. Jacoby*
                                       Kristen M. Jacoby
                                       Attorneys for Defendant
                                       Bank of America, National Association

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court having considered the above Stipulation, and good cause appearing therefore,

HEREBY CLARIFIES that the following pretrial deadlines shall apply to parties to this action:

- **December 17, 2010:** Deadline to file and serve all Pretrial Disclosures mandated by Federal Rule of Civil Procedure 26(a)(3).

- **December 28, 2010:**

  o   Deadline for parties to file a Joint Pretrial Conference Statement containing the information outlined in the Court's Pretrial Instructions, dated September 2010.

  o   Deadline for the parties to file a joint set of Jury Instructions in accordance with the Court's Pretrial Instructions, dated September 2010.

  o   Deadline for the parties to file and serve Proposed Voir Dire Questions and Verdict Forms.

  o   Deadline for the parties to stipulate or object to the admissibility of exhibits.

  o   Deadline to file and serve Motions *in Limine*.

- **January 4, 2010:**  Deadline to file and serve any Opposition to Motions *in Limine.*

- **January 14, 2010:** Deadline for parties to provide copies of exhibits to Court in accordance with the Court's Pretrial Instructions, dated September 2010.

The Court further approves the parties' Stipulation to conduct expert depositions past the cutoff for expert discovery.

IT IS SO ORDERED.

Hon. Susan Illston

_____

UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CLARIFY PRETRIAL SCHEDULE
CASE NO. CV-090129 SI

**DECLARATION OF LENA P. RYAN**

1.      I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendant Bank of America, National Association ("Defendant").  I make this declaration out of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.      The purpose of this Stipulated Request to Clarify Pretrial Schedule is to clarify the deadlines for pretrial disclosures and filings due in this action.  This is not request to extend or change the time for any deadline.

3.      The parties' confusion regarding the deadlines for pretrial disclosures and filings stems from the following:  The Court's Second Pretrial Preparation Order, dated November 11, 2009, indicates, "Pretrial filings due: December 14, 2010," but it does not specify the specific "pretrial filings" to which this applies.  (*See* Doc.# 37.)  Moreover, the Court's Second Pretrial Preparation Order directs the parties to conform to the Court's Pretrial Instructions, dated May 2006.  (*See id.*)  These May 2006 Pretrial Instructions slightly differ from the Court's most recent Pretrial Instructions, dated September 2010, with regard to the manner in which deadlines are to be calculated.  The May 2006 Pretrial Instructions calculate deadlines using "court days," whereas the September 2010 Pretrial Instructions appear to calculate deadlines according to "calendar days."  Thus, depending on which Pretrial Instructions are applied when calculating pretrial deadlines, those deadlines may slightly differ.

4.      On December 6, 2010, I spoke with Jayme Burns, from Plaintiffs' counsel's office, about the above confusion.  Ms. Burns and I agreed that it was in all parties' best interests to request that the Court clarify the dates on which the Court expects the pretrial disclosures and filings to occur in this action.

Executed this 6th day of December 2010 in San Francisco, California.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

/s/  *Lena P. Ryan*
Lena P. Ryan